1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  IOANA PETROU (CASBN 170834)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7189
7     Facsimile: (415) 436-7234
      ioana.petrou@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,          )   No. CR 06-00480-1 NJV
                                      )
15      Plaintiff,                    )
                                      )
16   v.                               )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO CONTINUE
17                                    )   SENTENCING DATE
   BRYAN GESCUK,                      )
18                                    )
        Defendant.                    )
19 _____  )

20
21
         1.    The sentencing of defendant Bryan Gescuk is currently scheduled for
22
   October 11, 2006, at 9:30 a.m.
23
         2.    AUSA Ioana Petrou was recently assigned to handle this matter on behalf of
24
   the United States. She is scheduled to be in New York on October 11, 2006.
25
         3.    AUSA Petrou, Ted Cassman (counsel for defendant Gescuk), and Probation
26
   Officer Ann Searles are all available on October 18, 2006, at 9:30 a.m.
27
         4.    Therefore, the parties stipulate and agree that the sentencing be rescheduled
28

STIPULATION AND [PROPOSED] ORDER
CR 06-00480-1 NJV

1  to October 18, 2006, at 9:30 a.m.

3  SO STIPULATED.

5                                        KEVIN V. RYAN
                                         United States Attorney

                                         /S/
8  Dated:     08/16/06         ─────────────────────────────
                                         IOANA PETROU
9                                        Assistant United States Attorney

                                         /S/
11 Dated:     08/16/06         ─────────────────────────────
                                         TED CASSMAN
12                                       Attorney for Defendant

15                              ORDER

17    The Court hereby orders that the sentencing date of October 11 is vacated and is
18 continued to October 18, 2006 at 9:30 a.m.

20 IT IS SO ORDERED.

22 DATED: 8/28/06 _____       ─────────────────────────────
23                                       MAGISTRATE JUDGE NANDOR J. VADAS

STIPULATION AND [PROPOSED] ORDER
CR 06-00480-1 NJV                        2