United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 06-0480-01 NJV
)
Bryan Gescuk )
)

ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for     October 11, 2006     be continued until     January 5, 2007     at     9:30 am     . in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Date: 10/17/06

Nandor J. Vadas
United States Magistrate Judge

NDC-PSR-009 12/06/04