UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0480 NJV |
| Plaintiff, | ORDER |
| v. | |
| BRYAN GESCUK | |
| Defendant. | |

The court, having received the letters of defense counsel in this matter, hereby orders the parties to submit any briefs they wish on the issue of Defendant's sentence no later than two weeks before the restitution hearing set for February 8, 2007. Any additional arguments will be heard at the time of the restitution hearing..

IT IS SO ORDERED.

Dated: 1/9/07

_____
NANDOR J. VADAS
United States Magistrate Judge